## Gregory v. Commonwealth.

February 27, 1951.

A. J. Bratcher, Judge.

C. A. Denny for appellant.

A. E. Funk, Attorney General and Zeb A. Stewart, Assistant Attorney General, for appellee.

CHIEF JUSTICE CAMMACK—Dismissing appeal.

Paul Gregory was sentenced to prison for one year on a charge of grand larceny. At the outset we are

confronted with a motion to dismiss the appeal because no judgment appears in the record. As stated in Lee v. Commonwealth, 309 Ky. 771, 218 S.W.2d 945, there is nothing from which an appeal may be prosecuted when there is no judgment in the record.

Wherefore, the appeal is dismissed.